IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JENNIFER TRAVIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-1654-C |
| | § | |
| **BOUTIQUE AIR,** | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Jennifer Travis and Defendant Boutique Air, Inc., filing this Joint Notice to inform the Court that Plaintiff's claims in the above-styled cause have been fully and finally resolved.

The Parties intend to file a Joint Motion to Dismiss within two weeks or within the time designated by the Court.

Respectfully submitted,

| **LAW OFFICE OF R.S. GHIO, P.C.** | **THE MYERS LAW GROUP, LLP** |
|---|---|
| By:   */s/ R.S. Ghio* | By:   */s/ Angella H. Myers* |
| R.S. Ghio | Angella H. Myers |
| Texas Bar No. 00787531 | Texas Bar No. 24027229 |
| rghio@dw-law.com | amyers@myerslawllp.com |
|  | Janice S. Parker |
| 550 Reserve Street, Ste. 290 | Texas Bar No. 15488050 |
| Southlake, TX 76092 | jparker@myerslawllp.com |
| Telephone: (817) 277-2077 | Cynthia K. Rigney |
| Facsimile: (817) 265-7264 | Texas Bar No. 24075216 |
|  | crigney@myerslawllp.com |
| **ATTORNEY FOR PLAINTIFF** |  |
| **JENNIFER TRAVIS** | 8144 Walnut Hill Lane, Suite 390 |
|  | Dallas, Texas 75231 |
|  | Telephone: (972) 781-2400 |
|  | Facsimile: (972) 781-2401 |
|  |  |
|  | **ATTORNEYS FOR DEFENDANT** |
|  | **BOUTIQUE AIR, INC.** |

# CERTIFICATE OF SERVICE

The undersigned certifies that on this, the 8th day of June, 2018, the foregoing document was served upon all counsel of record via Notice of Electronic Filing.

R.S. Ghio
**Law Office of R.S. Ghio, P.C.**
550 Reserve Street, Ste. 290
Southlake, TX 76092
rghio@dw-law.com

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Angella H. Myers*
　　　　　　　　　　　　　　　　　　　　　　Angella H. Myers